```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 29112
   MARTHA HARDY
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5892


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 08/05/2004 and was confirmed 10/06/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  27.95% from remaining funds.

    The case was paid in full 02/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
CHARTER ONE AUTO FINANCE  SECURED            3500.00        247.74       3500.00
CHARTER ONE AUTO FINANCE  UNSECURED OTH     10016.04           .00       2799.48
CHARTER ONE               NOTICE ONLY       NOT FILED          .00            .00
ADT                       UNSECURED         NOT FILED          .00            .00
AFNI                      UNSECURED         NOT FILED          .00            .00
AT&T BROADBAND            UNSECURED         NOT FILED          .00            .00
BLOOMINGDALES             UNSECURED         NOT FILED          .00            .00
CARSON PIRIE SCOTT        UNSECURED            666.30          .00         186.22
CITY OF CHICAGO PARKING   UNSECURED            895.00          .00         250.14
NCO FINANCIAL             UNSECURED            120.00          .00          33.54
WORLD FINANCIAL NETWORK   UNSECURED            443.88          .00         124.06
ASSET ACCEPTANCE CORP     UNSECURED           8341.41          .00        2331.34
JEFFERSON CAPITAL SYSTEM  UNSECURED            583.31          .00         163.03
IL DEPT OF EMPLOYMENT SE  UNSECURED         NOT FILED          .00            .00
MED1 EMERGENCY PHYS       UNSECURED         NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            491.33          .00         137.32
PEOPLES GAS LIGHT & COKE  UNSECURED OTH          .00           .00            .00
SAKS INC                  UNSECURED         NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            731.48          .00         204.44
WORLD FINANCIAL NETWORK   UNSECURED            269.00          .00          75.18
JOSEPH WROBEL             DEBTOR ATTY        2,185.00                    2,185.00
TOM VAUGHN                TRUSTEE                                          722.51
DEBTOR REFUND             REFUND                                           280.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 13,240.00

PRIORITY                                          .00
SECURED                                      3,500.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 29112 MARTHA HARDY

```
     INTEREST                                                      247.74
UNSECURED                                                        6,304.75
ADMINISTRATIVE                                                   2,185.00
TRUSTEE COMPENSATION                                               722.51
DEBTOR REFUND                                                      280.00
                                     ----------------    ----------------
TOTALS                                      13,240.00           13,240.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
     Dated: 05/28/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```